1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 2:20-CV-1695 |
| v. | **COMPLAINT** |
| ERIC RICHEY, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its undersigned attorneys, brings this complaint against Defendant ERIC RICHEY, and alleges the following:

**I. NATURE OF THIS ACTION**

1.     Starting as early as August 2019 and continuing to the present, Defendant has conducted financial transactions with large sums of illegally obtained money, knowing that his transactions are designed to conceal the nature, source, location, ownership, and control of proceeds. Defendant's conduct includes knowingly receiving money obtained via fraud and then immediately transmitting the same money to accomplices. Defendant has transmitted money to and from accomplices using Bitcoin and similar technologies.

COMPLAINT - 1
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2. The United States seeks to prevent continuing and substantial injury to the United States and victims by bringing this action for a permanent injunction and other equitable relief under 18 U.S.C. § 1345. The United States seeks to enjoin the ongoing commission of banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering in violation of 18 U.S.C. § 1956(a)(1)(B), and structuring cash transactions to evade transaction reporting requirements in violation of 31 U.S.C. § 5324(a).

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

4. The United States District Court for the Western District of Washington is a proper venue for this action under 28 U.S.C. § 1391(b)(1) & (b)(2) because Defendant is a resident of this District and because a substantial part of the events or omissions giving rise to this Complaint occurred in this District.

## III. PARTIES

5. Plaintiff is the United States.

6. Defendant Eric Richey is a resident of this District, residing in Kent, Washington. In connection with the matters alleged herein, Defendant transacts and has transacted business in this District.

## IV. FACTS

### A. Defendant's Ongoing Banking Law Violations

7. Defendant conducts financial transactions to benefit one or more fraud schemes, knowing that the moneys he receives and transmits are obtained fraudulently, knowing that his transactions are designed to conceal the schemes, and structuring his cash transactions in an

COMPLAINT - 2
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

effort to prevent the filing of required financial transaction reports. Defendant receives at least some financial compensation for this conduct, by transmitting to an accomplice slightly smaller amounts than he receives and keeping the difference for himself.

8. Defendant completed most financial transactions with Bitcoin. Bitcoin is a cryptocurrency that is regulated, if at all, not by a central government authority, but through a decentralized peer-to-peer network using blockchain technology to maintain a public ledger of the cryptocurrency. The value of Bitcoin (and similar such cryptocurrencies) can fluctuate wildly. There are numerous third-party brokers that can convert conventional (or fiat) currency into Bitcoin and vice versa. Bitcoin holders can maintain their accounts through online accounts (e.g. digital wallets) and send or receive Bitcoin to other users through these digital wallets.

*(1)* **Money laundering and international money laundering**

9. Beginning at least as early as 2019, Defendant has knowingly and willingly accepted hundreds of thousands of dollars from multiple sources and then transmitted much of that money to accomplices by depositing the moneys he receives into his Bitcoin wallet and giving his accomplices access to that same wallet.

10. Defendant's wallet shows that he received Bitcoin from numerous different sources and sent Bitcoin to at least two distinct accounts.

11. Between November 2019 and June 2020, Coinsource, a financial company, reported suspicious transactions involving Defendant purchasing Bitcoin. Coinsource assists customers converting U.S. dollars into Bitcoin. Defendant was observed conducting a high amount of transactions totaling approximately $199,540 of Bitcoin, based on the value of Bitcoin at the time of the transactions. Coinsource questioned Defendant about this activity

COMPLAINT - 3
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and Defendant stated that he was using his account to resell Bitcoin to other individuals. Coinsource stated that Defendant needed to register as a money services business in order to conduct these transactions. Defendant failed to comply and Coinsource deactivated his account.

12. Between February and June 2020, Wells Fargo Bank reported that Defendant received 53 incoming checks and money orders, many from out-of-state locations, including locations in Texas and Arizona, and from individuals with no perceivable relationship to Defendant. The deposits ranged between $100 and $8,700 and totaled $65,224. In addition, Defendant received incoming wire transfers that totaled $3,470. Defendant then conducted a total of 65 cash withdrawals in amounts ranging from $4 to $7,000, totaling $68,617, at multiple locations in King County, Washington.

*(2)* **Structuring**

13. Defendant engaged in conduct designed to cause domestic financial institutions to fail to file a report required under 31 U.S.C. § 5313(a), and the regulations promulgated thereunder. Defendant repeatedly caused and attempted to cause his cash withdrawals to be structured in amounts designed to avoid this transaction reporting requirement.

14. For example, when Coinsource explained to Defendant he needed to register as a money services business, Defendant purposefully began using other means to convert payments into Bitcoin and Coinsource closed his account.

15. For further example, in June and July 2020, HomeStreet Bank reported that Defendant deposited cashier's checks from out-of-state individuals of approximately $16,012 in total. Defendant then made six cash withdrawals in locations across Western Washington and Oregon in amounts between $600 and $4,500, for a total of approximately $15,200.

COMPLAINT - 4
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**B. Defendant's Knowledge of Fraud, Intent to Conceal the Nature, Source, Location, Ownership, or Control of Proceeds, and Intent to Evade Transaction Reporting Requirements**

16. On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 7 through 15 with the knowledge that the moneys he receives from and transmits to accomplices are obtained by fraud schemes or other specified unlawful activity.

17. On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 7 through 15 with the intent to conceal the nature, source, location, ownership, or control of proceeds.

18. On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 13 through 15 with the intent to evade transaction reporting requirements.

**C. Harm to the United States**

19. The United States is suffering continuing and substantial injury from Defendant's banking law violations.

20. Defendant is continuing to facilitate his banking law violations. Absent injunctive relief by this Court, Defendant will continue to cause continuing and substantial injury to the United States and victims.

**COUNT I**
**(18 U.S.C. § 1345 – Injunctive Relief)**

21. The United States re-alleges and incorporates by reference Paragraphs 1 through 20 of this Complaint as though fully set forth herein.

22. By reason of the conduct described herein, Defendant has committed, is committing, and is about to commit banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering with intent to conceal in violation of 18 U.S.C. § 1956(a)(1)(B)(i), money laundering with intent to evade transaction reporting requirements in violation of

COMPLAINT - 5
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

18 U.S.C. § 1956(a)(1)(B)(ii), and structuring cash transactions to evade transaction reporting requirements in violation of 31 U.S.C. § 5324.

23. Because Defendant is committing or about to commit banking law violations as defined in 18 U.S.C. § 3322(d), the United States is entitled, under 18 U.S.C. § 1345, to seek a permanent injunction restraining all future banking law violations and any other action that this Court deems just to prevent a continuing and substantial injury to the United States.

24. As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

A. That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendant is restrained from engaging, participating, or assisting in money laundering, international money laundering, structuring transactions to evade transaction reporting requirements, and any money transmitting business; and

B. That the Court order such other and further relief as the Court shall deem just and proper.

//

//

COMPLAINT - 6
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Respectfully submitted this 17th day of November, 2020.

BRIAN T. MORAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  nickolas.bohl@usdoj.gov

Counsel for United States of America

COMPLAINT - 7
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

It is further certified that on this day, I caused said pleading to be mailed by USPS First Class Mail to Defendant, addressed as follows:

Eric Richey
11724 SE 225th St
Kent, WA 98031

Dated this 17th day of November, 2020.

*Caitlin Froelich*
CAITLIN FROELICH, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: caitlin.froelich@usdoj.gov

COMPLAINT - 8
Case No. 2:20-CV-1695

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

JS 44 (Rev. 10/20)     Case 2:20-cv-01695   Document 1-1   Filed 11/17/20   Page 1 of 1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ERIC RICHEY

**(b)** County of Residence of First Listed Plaintiff: 
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **King**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
AUSA Nickolas Bohl, United States Attorney's Office
700 Stewart Street, Suite 5220, Seattle, WA 98101,
206-553-7970

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [X] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1345

Brief description of cause:
Injunction for structuring, money laundering, fraud

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 11/17/2020

SIGNATURE OF ATTORNEY OF RECORD: s/ Nickolas Bohl

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC RICHEY<br><br>　　　　　Defendant. | NO. _____<br><br>**[PROPOSED] CONSENT DECREE AND FINAL JUDGMENT** |

### CONSENT DECREE AND FINAL JUDGMENT

Plaintiff, United States of America ("Plaintiff"), commenced the above-captioned action in this Court with a complaint pursuant to 18 U.S.C. § 1345, alleging that Defendant, Eric Richey, is committing or about to commit a banking law violation as defined in 18 U.S.C. § 3322(d), including international money laundering in violation of 18 U.S.C. § 1956(a)(2)(B).

Plaintiff and Defendant, *pro se*, wish to resolve Plaintiff's allegations without litigation and jointly request and consent to the entry of this Consent Decree and Final Judgment ("Consent Decree") without Defendant's admission of liability or wrongdoing. Defendant agrees to waive service of the Summons and the Complaint.

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 1
No. _____

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Defendant has entered into this Consent Decree freely and without coercion. Defendant
2    further acknowledges that he has read the provisions of this Consent Decree, understands them,
3    and is prepared to abide by them.

4    **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:**

5       1.   This Court has jurisdiction over this matter and the parties pursuant to
6    18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under
7    28 U.S.C. § 1391(b) and (c).

8       2.   Defendant neither admits nor denies the allegations in the Complaint. Only for
9    purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

10      3.   For purposes of this Consent Decree:

11         a.   "Defendant" means Eric Richey.

12         b.   "Person" means an individual, a corporation, a partnership, or any other
13    entity.

14         c.   "Funds" include any currency, check, money order, stored value card,
15    stored value card numbers, bank wire transmission, or other monetary value.

16         d.   "Money transmitting business" refers to a person who, for a fee, receives
17    funds from one person for the purpose of transmitting the funds, or providing access to the
18    funds, to another person.

19         e.   "Fee" refers to a payment or compensation of any kind regardless of how
20    the payment or compensation is labeled, including but not limited to processing fees,
21    service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts and
22    gratuities.

23

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 2
No. _____

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Upon entry of this Decree, Defendant is permanently prohibited and enjoined from, directly or indirectly, assisting, facilitating, or participating in any money transmitting business.

5. Within five (5) days after entry of this Consent Decree, the Defendant is ordered to submit to Postal Inspector Amy Kerkof a written acknowledgement of receipt of this Consent Decree sworn under penalty of perjury. The statement shall be addressed to:

> U.S. Postal Inspector Amy Kerkof
> U.S. Postal Inspection Service
> P.O. Box 400
> Seattle, WA 98111
> 206-442-6132 (desk)

6. The Consent Decree shall not be modified except in writing by Plaintiff and the Defendant and approved by the Court.

7. This Consent Decree shall constitute a final judgment and order in this action.

8. This Court retains jurisdiction of this action for the purpose of enforcing or modifying this Consent Decree and for the purpose of granting such additional relief as may be necessary or appropriate.

**DONE AND ORDERED** in Chambers at Seattle, Washington, this _____ day of _____, 2020.

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 3
No. _____

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | **APPROVED AND ENTERED BY THIS COURT**

2 | Dated this ____ day of _____, 2020.

3
4 | _____
HONORABLE _____
United States District Judge

5 | We hereby consent to the entry of the foregoing Decree:

6
7
8 | Dated: *November 9th*, 2020

**FOR DEFENDANT ERIC RICHEY**

*/s/ Eric Richey/*
Eric Richey

9
10
11 | **FOR PLAINTIFF THE UNITED STATES OF AMERICA**

12 | BRIAN MORAN
United States Attorney

13
14 | Dated: *November 17*, 2020

By: *s/* Nickolas Bohl
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: nickolas.bohl@usdoj.gov

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 4
No. _____

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970